IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MARYLAND

PLEX CAPITAL, LLC,
Plaintiff,

v.                                            Civil Action No.: 1:23-cv-02709-ADC

DENTON MD OPCO LLC d/b/a PEAK
HEALTHCARE AT DENTON, *et al.*,
Defendants.
_____/

PLEX CAPITAL, LLC,
Plaintiff,

v.                                            Civil Action No.: 1:23-cv-02710-ADC

EASTON MD OPCO LLC d/b/a PINES
NURSING AND REHAB, *et al.*,
Defendants.
_____/

## ORDER GRANTING JOINT STIPULATED DISMISSAL

Upon consideration of the parties Stipulated Dismissal, dismissing this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed jointly by Plaintiff Plex Capital, LLC ("**Plex**") and Defendants, Easton Md. Opco LLC d/b/a Pines Nursing and Rehab, Pines Nursing and Rehab, LLC, Denton MD Opco LLC d/b/a Peak Healthcare at Denton, Denton Nursing and Rehab, LLC and Key Health Management LLC (collectively, "**Defendants**") ("**Stipulation of Dismissal**"), it is ORDERED that:

1. The Stipulation of Dismissal is hereby APPROVED, and further ORDERED that

2. Each party will bear its own costs and attorneys' fees, and

3. The Court reserves jurisdiction to enforce the terms of the parties' Settlement Agreement and the Consent Judgment. See *Met Lab'ys, Inc. v. Reich*, 875 F. Supp. 304, 307 (D. Md. 1995); *citing Kokkonen v. Guardian Life Insurance*, 511 U.S. 375, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994), (holding a district court retains jurisdiction over a settlement agreement incorporated into a court order).

It is so ordered.

                                              _____  4/12/24
                                              Hon. A. David Copperthite
                                              United States Magistrate Judge

4880-7880-7222, v. 1